UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CHARLES SHEPPARD,

    Plaintiff,

v.                                        Case No. 22-cv-0902-bhl

JASMINE KORUS, et al.,

    Defendants.

---

## DECISION AND ORDER

---

    Plaintiff Charles Sheppard, who is incarcerated at New Lisbon Correctional Institution, is representing himself in this 42 U.S.C. §1983 case. On June 3, 2024, the Court granted in part Defendants' summary judgment motion and dismissed Sheppard's claims against Kristine DeYoung, Candace Whitman, Jeff Anders, Scott Ross, Charles Congleton, Jordan Wierenga, and Matthew Larson. Sheppard's claims against Jasmine Korus, Dana Miller, Phillip Briski, Andrew Lyga, and Carly Standke survived summary judgment and will proceed to trial. The Court is currently making efforts to recruit a lawyer to represent Sheppard at trial. On June 28, 2024, Sheppard filed a "motion for reconsideration/appeal." Dkt. No. 105.

    Under Fed. R. Civ. P. 60(b), a party may obtain relief from an order for several reasons, including mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, fraud, misrepresentation, or misconduct. "Rule 60(b) provides for extraordinary relief and may be invoked only upon a showing of exceptional circumstances." *Peacock v. Board of School Comm'rs*, 721 F.2d 210, 213 (7th Cir. 1983) (citations omitted). Sheppard fails to satisfy any of the grounds articulated in Rule 60(b). Instead, he merely expresses his disagreement with the

Court's application of the law and rehashes arguments he raised in response to Defendants' motion. *See* Dkt. No. 105 at 1 ("with all due respect, I think you got it wrong, or overlooked certain things"). Having reviewed Sheppard's motion, the Court concludes that he is not entitled to the relief he seeks for the reasons stated in the summary judgment decision. Accordingly, pursuant to Fed. R. Civ. P. 62.1(a)(2), the Court will deny the motion.

**IT IS THEREFORE ORDERED** that Sheppard's motion for reconsideration (Dkt. No. 105) is **DENIED**.

Dated at Milwaukee, Wisconsin on July 26, 2024.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge
